[Cite as *Alexander v. Miami Univ.*, 2011-Ohio-2887.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOHN ALEXANDER

     Plaintiff

     v.

MIAMI UNIVERSITY

     Defendant

Case No. 2009-04939-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

FINDINGS OF FACT

**{¶ 1}** 1)    Plaintiff, John Alexander, a former employee of defendant, Miami University, filed this action claiming defendant failed to properly compensate him for all overtime work he had previously completed. The filing fee was paid.

**{¶ 2}** 2)    Defendant filed an investigation report acknowledging plaintiff has "a valid claim" for unpaid overtime in the amount of $56.39.

**{¶ 3}** 3)    Plaintiff did not respond.

CONCLUSIONS OF LAW

**{¶ 4}** 1)    Defendant is liable to plaintiff in the amount of $56.39, plus the $25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOHN ALEXANDER

     Plaintiff

     v.

MIAMI UNIVERSITY

     Defendant

     Case No. 2009-04939-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $81.39, which includes the filing fee. Court costs are assessed against defendant.

     DANIEL R. BORCHERT
     Deputy Clerk

Entry cc:

Frederick H. Green
4015 Executive Park Drive
Suite 230
Cincinnati, Ohio  45241

Paul S. Allen
Miami University
Roudebush Hall Room 14
Oxford, Ohio  45056

RDK/laa
Filed 3/17/11
Sent to S.C. reporter 6/9/11